435 A.2d 250

Yeager, et ux. v. Hogue, et al., Appellants.

Argued December 5, 1980. Donald M. Bowman, for appellants; Thomas J. Mettee, for appellees.

Before SPAETH, BROSKY and HOFFMAN, JJ.

Order affirmed.

May 15, 1981.

435 A.2d 250

Ades etc. v. Card-O-Rama Inc., etc., Appellant.

Argued June 11, 1980. Joel H. Ziev, for appellant; Thomas E. Weaver, for appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.